Arnold Holinger, Trustee, et al., v. Harriet E. Dickinson et al.

Julius Stichert, Plaintiff in Error, v. Arnold Holinger, Trustee, et al., Defendants in Error.

Gen. No. 20,102.    (Not to be reported in full.)

Error to the Superior Court of Cook county; the Hon. WILLIAM FENIMORE COOPER, Judge, presiding. Heard in this court at the March term, 1914. Affirmed. Opinion filed November 30, 1914.

## Statement of the Case.

Bill by Arnold Holinger, trustee, and L. E. Chipman to foreclose a trust deed in the nature of a mortgage. Julius Stichert was made a party defendant and filed an answer and a cross-bill. Stichert, according to his cross-bill, purchased the mortgaged property of the mortgagor, Dickinson, subsequent to the execution of the trust deed, and in his cross-bill he prayed for an accounting with the mortgagor. The court sustained a demurrer to said cross-bill, dismissed the same and entered a decree of foreclosure. Stichert prosecuted an appeal to the Appellate Court assigning for error the order sustaining the demurrer to his cross-bill and dismissing the same, and that court *held* that the appeal did not bring before it the error assigned and affirmed the decree. See 183 Ill. App. 122. Stichert now prosecutes a writ of error on the same record.

The pleadings in this case are stated in the opinion filed on the former appeal.

G. W. SPUNNER and HAYDEN N. BELL, for plaintiff in error.

BRUNDAGE, LANDON & HOLT, for defendants in error.

Mr. Justice Baker· delivered the opinion of the court.

## Abstract of the Decision.

Mortgages, § 489*—*matters which may not be adjudicated on cross-bill.* On a bill to foreclose a trust deed, a person made a party defendant and claiming an interest in the property as a purchaser thereof from the mortgagor subsequent to the execution of the trust deed *held* not entitled to file a cross-bill praying for an accounting with the mortgagor, since to permit him to do so would delay the foreclosure proceeding and incumber the record with questions not necessary or properly involved in such proceeding.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative. Quarterly, same topic and section number.